**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-23054-JB**

JESUS GONZALEZ,

Plaintiff,

v.

VPP GRANADA, LLC,

Defendant.

_________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, in which they stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs. ECF No. [12]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 27th day of September, 2024.

_________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**